1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:06-CV-02482 LKK-GGH |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION |
| | ) FOR CONTINUANCE OF |
| v. | ) STATUS (PRETRIAL SCHEDULING) |
| | ) CONFERENCE AND **ORDER** |
| APPROXIMATELY $30,600.00 IN U.S. CURRENCY, | ) |
| | ) DATE: February 12, 2007 |
| Defendant. | ) TIME: 10:30 A.M. |
| | ) COURTROOM: 4 |

Plaintiff, United States of America, by and through its undersigned attorney, requests a continuance of the Status (Pretrial Scheduling) Conference currently scheduled for February 12, 2007. The plaintiff requests a continuance for the following reasons:

1. The U.S. Marshal was not able to personally serve Jennifer Strauss or Sheldon Bidwell, the two individuals who may have an ownership interest in the defendant currency, with the Complaint for Forfeiture In Rem and related documents. On December 19, 2006, after the third unsuccessful attempt at personal service, the U.S. Marshal left a copy of the Complaint

1

1 and related documents at the potential claimants' residence.

2     2.   Thereafter, this office mailed the documents to potential claimants at P.O. Box 9437, South Lake Tahoe, California, by certified mail. The documents included, <u>inter alia</u>, the Complaint and a notice of forfeiture, as required by Rule G(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, advising potential claimants, <u>inter alia</u>, of the government's intent to forfeit the defendant $30,600 in U.S. Currency, and advising potential claimants that they must file a claim with the federal court if they wish to contest the forfeiture. The Postal Service returned PS Form 3811 (the "Domestic Return Receipt") that shows Ms. Strauss signed for the documents on January 26, 2007, and Mr. Bidwell signed for them on February 1, 2007.

    3.   Under 18 U.S.C. §§ 983(a)(4)(A) and (B) a claim to the property must be filed within 30 days of receipt of Complaint, and an Answer to the Complaint must be filed within 20 days after filing the claim.

    4.   In the instant case, Ms. Strauss has until March 19, 2007, to file a claim and answer, and Mr. Bidwell has until March 25, 2007, to file his claim and answer.

    5.   Accordingly, since neither potential claimant is yet before this Court, undersigned counsel requests that the

//

//

2

1  scheduling conference be continued approximately 60 days.

3  Dated: February 7, 2007        McGREGOR W. SCOTT
                                  United States Attorney

6                                 /s/ Kristin S. Door
                                  KRISTIN S. DOOR
7                                 Assistant U.S. Attorney

9                                 **ORDER**

10     The scheduling conference shall be continued to April 16,
11  2007 at 2:00 p.m.  Each party shall submit a Status Report not
12  later than 4:30 p.m., ten (10) days preceding the conference.
13  All other provisions of the Order Setting Status Conference filed
14  November 8, 2006, remain the same.

16  IT IS SO ORDERED.
17  DATED: February 8, 2007.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

3