1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:06-CV-02482 LKK-GGH
                                      )
12          Plaintiff,                ) STIPULATION FOR STAY OF
                                      ) PROCEEDINGS AND **ORDER**
13      v.                            )
                                      )
14 APPROXIMATELY $30,600.00 IN U.S.   )
   CURRENCY,                          )
15                                    ) DATE: N/A
            Defendant.                ) TIME: N/A
16 _____   ) COURTROOM: N/A

17

18      Plaintiff United States of America and claimant Sheldon

19 Bidwell [hereafter "Claimant"], by and through their respective

20 counsel, hereby stipulate that a stay is necessary in the above-

21 entitled action, and request that the Court enter an order

22 staying all further proceedings pending the outcome of a related

23 criminal case now pending in El Dorado County.

24      1.  Claimant filed a claim to the defendant property and an

25 Answer to the Verified Complaint For Forfeiture In Rem on March

26 23, 2007.  Claimant is currently a defendant in People of the

27 State of California v. Sheldon Bidwell, Case No. S06CRF0148, El

28 Dorado County Superior Court.  No other parties have filed a

                              1

1   claim in this forfeiture action.

2      2.  Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21

3   U.S.C. § 881(i) the parties seek a stay of discovery in this

4   case.  The United States contends that the defendant currency,

5   which was seized from Claimant's home, is the proceeds of drug

6   trafficking.  The United States intends to depose Claimant about

7   the claim he filed in this case and the source of this cash.  If

8   discovery proceeds, Claimant would be placed in the difficult

9   position of either invoking his Fifth Amendment right against

10  self-incrimination and losing the ability to protect his alleged

11  interest in the defendant property, or waiving his Fifth

12  Amendment right and submitting to a deposition and potentially

13  incriminating himself in the pending criminal matter.  If

14  Claimant invokes his Fifth Amendment right, the United States

15  will be deprived of the ability to explore the factual basis for

16  the claim he filed in this action.

17     3.   In addition, Claimant intend to depose El Dorado County

18  law enforcement officers who were involved in the investigation

19  that led to the state drug charges.  Allowing depositions of the

20  law enforcement investigators involved in the investigation and

21  prosecution would adversely affect the ability of the county law

22  enforcement officials to properly prosecute the case.

23     4.  Accordingly, the parties recognize that proceeding with

24  this action at this time has potential adverse affects on the

25  prosecution of the related-criminal case and/or upon Claimant's

26  ability to prove his claim that the defendant currency belongs to

27  him, and that it came from a legitimate source.   For these

28  reasons, the parties jointly request that this matter be stayed

2

1  until the conclusion of the criminal case now pending in El

2  Dorado County Superior Court.

3       5.    Nothing in this stipulation is intended to prevent the

4  plaintiff from seeking the entry of a default against potential

5  claimant Jennifer Strauss in accordance with Federal Rule of

6  Civil Procedure 55(b)(1) or (b)(2).

7  Dated: March 27, 2007              McGREGOR W. SCOTT
                                      United States Attorney
8

9                                     /s/Kristin S. Door
                                      ASSISTANT U.S. ATTORNEY
10                                     Attorneys for Plaintiff
                                      United States of America
11
   Dated: March 28, 2007
12                                     /s/ Clyde M. Blackmon
                                      CLYDE M. BLACKMON
13                                     Attorney for Claimant
                                      Sheldon Bidwell
14                                     (Original signatures retained
                                      by plaintiff's counsel)
15
                              **ORDER**
16
        For the reasons set forth above, this matter is stayed
17
   pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §
18
   881(i) until the related criminal case currently pending in state
19
   court is resolved.
20
        The scheduling conference previously continued to April 16,
21
   2007 is vacated and will be reset upon request of either party
22
   following the conclusion of the state court criminal proceedings.
23

24
   IT IS SO ORDERED.
25
   Dated: March 29, 2007.
26

27  _____
   LAWRENCE K. KARLTON
28  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

                              3